# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| Martin Luther Texada | * | Civil Action No. 07-530 |
| versus | * | Judge Tucker L. Melançon |
| Burl Cain, Warden | * | Magistrate Judge C. Michael Hill |

## JUDGMENT

The record reflects that on May 16, 2007, by Report and Recommendation, United States Magistrate Judge C. Michael Hill  recommended that the petition for *habeas corpus* be denied and dismissed with prejudice because petitioner's claims are barred by the one year limitation period codified at 28 U.S.C. sec. 2244(d) [Rec. Doc. 2]. Objections to the Report and Recommendation were due by June 4, 2007.  On June 5, 2007, the Court entered a Judgment adopting the Report and Recommendation after an independent review of the record, no objections having been filed by petitioner as of the date of the signing of the Judgment. [Rec. Doc. 3].  On June 6, 2007 petitioner filed an Objection to the Report and Recommendation, in which he acknowledged that any written objection was due by June 4, 2007, but provided no explanation as to why his Objection was untimely filed [Rec. Doc. 4]. Considering the record, petitioner's objection is untimely but nonetheless will be considered by the Court.

IT IS ORDERED that the Judgment entered on the 5th day of June, 2007[Rec. Doc. 3] is hereby VACATED.

IT IS FURTHER ORDERED for the reasons stated in the Report and

Recommendation of the Magistrate Judge previously filed herein [Rec. Doc. 2], after an independent review of the record, including petitioner's Objection thereto [Rec. Doc. 4], the Court concurring with the Magistrate Judge's findings under the applicable law,  there is no basis in law or in fact to grant petitioner the relief he seeks petitioners claims are DISMISSED WITH PREJUDICE as those claims are time barred by the one-year limitation period codified at 28 U.S.C. sec 2244(d).

Thus done and signed this 7th day of June, 2007, at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE