UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| Martin Luther Texada | * | Civil Action No. 07-530 |
| versus | * | Judge Tucker L. Melançon |
| Burl Cain, Warden | * | Magistrate Judge C. Michael Hill |

**ORDER**

Before the Court is the Motion for Certificate of Appealability [Rec. Doc. 11] and Motion for Reconsideration regarding Judgment adopting Report and Recommendation filed by petitioner, Martin Luther Texada [Rec. Doc. 14].

The record reflects that on May 16, 2007, by Report and Recommendation, United States Magistrate Judge C. Michael Hill recommended that the petition for *habeas corpus* be denied and dismissed with prejudice because petitioner's claims are barred by the one year limitation period codified at 28 USC sec. 2244(d) [Rec. Doc. 2]. Objections to the Report and Recommendation were due by June 4, 2007. On June 5, 2007, the Court entered a Judgment adopting the Report and Recommendation after an independent review of the record; no objections had been filed by petitioner [Rec. Doc. 3]. On June 6, 2007 petitioner filed an Objection to the Report and Recommendation, in which he acknowledged that any written objections were due by June 4, 2007 but provided no explanation as to why it was untimely filed [Rec. Doc. 4]. Although untimely, the Court vacated its previous judgment, and after an independent review of the record considering petitioner's untimely objections, entered Judgment on June 7, 2007 adopting the Magistrate Judge's Report and

Recommendation [Rec. Doc. 5]. On June 12, 2007, petitioner filed a second objection [Rec. Doc. 6], which the Court overruled [Rec. Doc. 9]. On June 22, 2007, Petitioner filed a Notice of Appeal together with the Motion for Certificate of Appealability [Rec. Doc. 11], and the Motion for Reconsideration [Rec. Doc. 14] now before the Court. The Court finds that there is no basis in law for fact, as demonstrated by this record, that petitioner is entitled to he relief he seeks. Therefore it is,

**ORDERED**, after considering the entirety of the record in this case and the requirements of 28 U.S.C.§ 2253 and Federal Rule of Appellate Procedure 22(b), that a certificate of appealability SHOULD NOT ISSUE.

**IT IS FURTHER ORDERED** that the Motion for Reconsideration [Rec. Doc. 14] is DENIED as MOOT as the record reflects that a timely Notice of Appeal was filed on June 22, 2007 [Rec. Doc.10] thus the Court lacks jurisdiction to act on the Motion.

Thus done and signed this 25th day of June, 2007, at Lafayette, Louisiana.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE