# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| MARTIN LUTHER TEXADA | CIVIL ACTION NO. 07-530 |
|---|---|
| VERSUS | JUDGE MELANÇON |
| BURL CAIN, WARDEN | MAGISTRATE JUDGE HILL |

## ORDER

Pursuant to the provisions of 28 U.S.C. §636 and the standing orders of the Court, this matter was referred to the magistrate judge for Report and Recommendation. In his Report and Recommendation [Rec. Doc. 21], the magistrate judge found that the petitioner's claim was time barred and procedurally defaulted as petitioner's writ of certiorari was untimely filed with the Louisiana Supreme Court pursuant to Louisiana Supreme Court Rule X, § 5(a). In his Objection to the Report and Recommendation [Rec. Doc. 22], petitioner, for the first time, submitted correspondence from the Louisiana Supreme Court granting him an extension of time in which to file his appeal, thus rendering his application for writ of certiorari with the Louisiana Supreme Court timely. Accordingly, it is

**ORDERED** that the magistrate judge's Report and Recommendation [Rec. Doc. 21] is **VACATED** and this matter is **REMANDED** to the magistrate judge for reconsideration in light of the evidence presented in the petitioner's objection. The petitioner, however, is cautioned that he must submit *all available evidence* to the magistrate judge for proper consideration of his claims.

**THUS DONE AND SIGNED** this 12th day of January, 2009 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE