**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| MARTIN LUTHER TEXADA | CIVIL ACTION NO. 07-0530 |
| VERSUS | JUDGE MELANÇON |
| BURL CAIN, WARDEN | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that petitioner's ineffective assistance of trial counsel claims and his claim that his attorney had a conflict of interest (claims 4 and 5 herein) be **DENIED** and **DISMISSED** with prejudice because they are procedurally defaulted.

**IT IS FURTHER ORDERED** that petitioner's claims that there was insufficient evidence to support his convictions, that his sentence was excessive and that the state court improperly denied a mistrial based on erroneous admission of "other crimes" evidence (claims 1 through 3 herein) remain pending for further review.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 4th day of May, 2009.

Tucker L. Melançon
United States District Judge