UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**Martin Luther Texada**                              Civil Action No. 07-0530

vs.                                                              Judge Tucker L. Melançon

**Burl Cain, Warden**                              Magistrate Judge C. Michael Hill

## J U D G M E N T

For the reasons stated in the Report and Recommendation and the Supplemental Report and Recommendation[1] of the Magistrate Judge previously filed herein [Rec. Docs. 47; 49], and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 1st day of July, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE

---

[1] Following the United States Supreme Court's June 14, 2010 decision in *Holland v. Florida*, 560 U.S. –, – S.Ct. –, 2010 Wl 2346549 (2010), the magistrate judgment supplemented its Report and Recommendation finding that petitioner's petition for writ of *habeas corpus* was timely filed based on the requirements of *Holland*. The court adopted and reaffirmed its prior Report and Recommendation recommending dismissal of petitioner's remaining claims.